UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No: 7:15-CR-37-1F



**UNITED STATES OF AMERICA**
**Plaintiff**
vs.                                                    ORDER

**RANDALL STEWARD HILL**
**Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 11/12/15, be turned over to the case agent, Kelly Farrell, to be retained in custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 3 | Pill bottle wrapped in black tape |

This __12th__ day of November, 2015.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: __KFarrell__