UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:15-CR-37

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDALL STEWART HILL | ORDER |

For good cause shown, in light of the presumption of public access to court records and the lack of sufficient reason for the continued sealing of the document, the Notice of Related Case [DE 5] filed in *United States v. Paschal*, 7:08-CR-87-F, (hereinafter "*Paschal I*") is hereby unsealed.

SO ORDERED, this the 25 day of September 2018.

Terrence Boyle
UNITED STATES DISTRICT JUDGE

1